**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **Martin Robledo, Jr.,** | § | |
| *Plaintiff,* | § | |
| | § | |
| *v.* | § | **CASE NO. 1:26-CV-61-ADA-DH** |
| | § | |
| **Carrington Mortgage Services, LLC,** | § | |
| *Defendant.* | § | |
| | § | |

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Dustin Howell. Dkt. 19. Judge Howell recommends that this Court **DENY** Plaintiff Martin Robledo, Jr.'s Motion to Remand (Dkt. 12), and **GRANT** Defendant Carrington's Motion to Dismiss (Dkt. 8). Dkt. 19 at 5. The report was filed on February 26, 2026. This Court hereby adopts Judge Howell's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Howell (Dkt. 19) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Robledo's Motion to Remand (Dkt. 12) is hereby **DENIED.**

**IT IS FURTHER ORDERED** that Defendant Carrington's Motion to Dismiss (Dkt. 8) is hereby **GRANTED.**

The clerk of the Court is directed to **CLOSE** this case.

**SIGNED** this 15th day of April, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE